[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

NOV 18 2025

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Lynch Serrano
8220 CARRiage
Spring Grove IC 60081

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 25 50473
(To be supplied by the Clerk of this Court)

FBI
Damage.

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

## CHECK ONE ONLY:

_____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

A.   Name: _Lynda Serrano_

B.   List all aliases: _____

C.   Prisoner identification number: _CARL D. CIAmpanelli_

D.   Place of present confinement: _____

E.   Address: _9040 montrose ct   Lake wood IL 60014_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: _____

Title: _____

Place of Employment: _____

B.   Defendant: _____

Title: _____

Place of Employment: _____

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____
_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D. List all defendants: _____
_____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____
_____

G. Basic claim made: _____
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

FBI was Following me I thought they were here to Kill me until I Realized it was cop. FBI arrest my So CARL D. CIAMPANELL. and FBI Blow up my Safe Full Jewel I settled 434 and They wouldn't send payment to that P.O. BOX.

4                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.**     **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_____

_____

_____

_____

_____

**VI.**     The plaintiff demands that the case be tried by a jury.     ☐ YES     ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___18___ day of ___Nov___ , 20 _25_

_____
(Signature of plaintiff or plaintiffs)

Lynda Serrano
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Nov17,2025

To judge

My name is Lynda serrano IM a relocator meaning that parent refuse to go in witness protection program so I were scar and reminder that still alive and I don't give out address over phone fbi blow up my safe they call me up and we settle on 434. four hundred thirty-four thousand dollars. Since I don't give out address and fbi don't mail to p.o. box. so, writing to resolve these issues. fbi blow up safe address that 9040 Montrose CT Lakewood ill 60014 carl d campanili nov 2020 or 2021 and Lynda serrano address is 8220 carriage lane, spring grove Illinois 60081and p.o.box 4, spring grove Illinois 60081 my phone 847 848-8039

Sincerely your